MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

2019 MAY 20 P 2:43

Ursula Antonina Martinez
Melinda Daniella Martinez

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Caesar, Little Caesar / Vatican
Islamisme
Satyr / Levites
Lycee Janson
UAW / Ford Motor Company / Kukluxklan

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Melinda Daniella Martinez, Ursula Antonina Martinez
- Street Address: 6347 Floyd Street
- City and County: Detroit   Wayne County
- State and Zip Code: MI   48210
- Telephone Number: 313 896 8177
- E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Satyr Religion / Levites
- Job or Title (if known): Unity Baptist Church
- Street Address: 7500 Tireman
- City and County: Detroit   Wayne
- State and Zip Code: MI   48210
- Telephone Number: 313 933-9799
- E-mail Address (if known):

Defendant No. 2
- Name: Caesar - Little Caesar - Lycee Jai
- Job or Title (if known): Vatican City Rome
- Street Address: Little Caesars Arena 2211 Woodward
- City and County: Detroit   Wayne
- State and Zip Code: MI   48206
- Telephone Number: 1-800-722-3727 / 313 983-0118
- E-mail Address (if known): 1922 Cass Avenue   313 961-5089

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Defendant No. 3**

- Name: Islamisme Institute of America 6271 Schaefer Dearborn Mi 908-9158
- Job or Title (if known):
- Street Address: 26305 Ford Rd
- City and County: Dearborn Heights, Mi. Wayne County
- State and Zip Code: MI 48216
- Telephone Number: 313-451-8003
- E-mail Address (if known): 6333 Schaefer Dearborn (313)908-91.

**Defendant No. 4**

- Name: Ford Motor Company/ kukuxklan
- Job or Title (if known):
- Street Address: 50453 Pontiac Trail
- City and County: Wixom   Oakland
- State and Zip Code: MI
- Telephone Number: 1(248) 438-6158
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

The Defendants at my birth I believe plotted to and executed plans to place a conservatorship over my family and give the illusion that we are part of their religious group

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: UAW/Ford Motor/Kukuxklan
Job or Title (if known):
Street Address: 50453 Pontiac Trail
City and County: Wixom    Oakland
State and Zip Code: MI    48393
Telephone Number: 1-248-438-6158
E-mail Address (if known):

Defendant No. 4

Name: Caesar-Little Caesar-Lycee Jans
Job or Title (if known): Vatican City Rome
Street Address: Little Caesars Arena 2211 Woodward
City and County: Detroit    Wayne
State and Zip Code: MI    48
Telephone Number: 1800-722-3727/313 983-0118
E-mail Address (if known): 1922 Cass Avenue 3139615089

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

18 U.S. Law 2441 - War Crimes - US. Laws L-11 Targeting and executing private citizens who Have the Letters (A-R-T) in their name. War Crimes Act Felonies under U.S. Federal Criminal Law - Prolonged mental and Physical Suffering

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. The issue is the breach of the 1949 Geneva Agreement, my sister, and I are utilizing this it was amended in 1995. It is against Human Rights to target Private Humans for War.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) _____,
    is a citizen of the State of (name) _____.

    b. If the plaintiff is a corporation
    The plaintiff, (name) _____,
    is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation
    The defendant, (name) Caesar, LittleCaesar, Lycee Janson, is incorporated under the laws of the State of (name) Michigan, and has its principal place of business in the State of (name) Michigan. Or is incorporated under the laws of (foreign nation) Rome Vatican City, and has its principal place of business in (name) Rome, Italy.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am 51 years, my name is Ursula Antonina Martinez, my family is being harassed by an Islamic Satanic (Satanism) Worshippers. They operate & utilize helium to terrorize and torture my family. They live next door to my house and technology, computers, cellphones and electricity are used to try to extort money and force me into a religious group with them. This behavior began with helium and carbon monoxide harassment in 2015 in 4 (voiure) vehicles belonging to biogitkue member. The Satyr statue was on view in the Summer of 2015 and our cars were rigged to emit carbon dioxide, gassing in the vehicles ensued. The people next door I believe are Satanists Pros'

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am 51 years, my name is Ursula Antonina Martinez. My family is being harassed by an Islamisme Satanic (Satanism) Worshippers. They opera & utilize helium to terrorize and torture my family. They live next door to my house and technology, computers, cellphone and electricity are used to try to extort money and force me into a religious group with them. This behavior began with helium and carbon monoxide harassment in 2015 in 4 (voiure) vehicles belonging to biogikue members. The Satyr statue was on view in the summer of 2015 and our cars were rigged to emit carbon dioxide, gassing in the vehicles ensued. The ooolen

The Church on the Corner I believe are Satyrists.
I would like relief to move my family out of this country and off of this continent. Mon Martinez biogikue aren't Satyrist or Satanists, we aren't Muslim, Islam, HINDU, CHRistian, Catholic or Catholique, we aren't Judaism, Semites or Levites or any other religion. I'm not intereste in membership in any groups or organizations. I'm not interested in the death threats, gangstalking, or the Satyrists using total surveillanc to recreate the atrocities of the gas chamber and the guillotine that Martinez biogikue survived during the French Revolution and during World Wars I and II. The Steel company Thyssen Steel on McGraw and Junction, I noticed at 6am emitted smells of chemicals smelling like Carbon Dioxid

Statement of Claim purposes

The entire neighborhood smells like a Gas chamber near McGraw and Junction, I noticed this on Thursday morning on April 25, 2019. In this Procés Ursula Antonina Martinez doesn't isn't using codespeak, codewords or Satyr linguistics.

Thank you,

Ursula Antonina Martinez

April 25, 2019
May 2, 2019

The alleged French Territory Embassy in Detroit, Clark Hill Law Firm, I believe is working with all of these groups to rob, assault and slander/ Smear our biogikue Martinez. They Filed an untrue lawsuit in 1997 in Circuit Court that has been used to instigate murder attempts on myself, strangers & family.

Statement of Claim (page 3)

The entire neighborhood smells like a gas chamber near McGraw and Junction, I noticed this on Thursday morning on April 25, 2019. In this procés Ursula Antonina Martinez doesn't an isn't using codespeak, codewords or satyr linguistics.

Thank you,

Ursula Antonina Martinez

April 25, 2019
May 10, 2019 UAM

The alleged French Territory Embassy in Detroit, Clark Hill Law Firm, I believe is working with all of these groups to rob, assault and slander/ smear our biogikue Martinez. They filed an untrue lawsuit in 1997 in Circuit Court that has been used to instigate murder attempts on myself and my family.

Ursula Antonina Martinez UAM

Ursula Antonina Martinez
Melinda Daniella Martinez

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

While flying home from Paris in November 2018, Air France passed out clear plastic bags, laughing at me about how the Martinez family was suffocated with clear plastic bags along with being Guillotined during the French Revolution. They gave the bags to all of the customers except me.

Four members of our family had vehicles that were rigged, to gas us with carbon dioxide fumes. There was a murder attempt on May 2, 2016, on Ursula Antonina Martinez when I was gassed for 40 minutes while I drove my vehicle for a visit to Ypsilanti, Michigan driving from Detroit, MI, while I was shot with electricity as I drove on I-94 Ford (Edsel) Freeway.

Ursula Antonina Martinez
May 2, 2019

7

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Ursula Antonina Martin
Melinda Daniella Martin

**Additional Information:**

While flying home from Paris in November 2018, Air France passed out clear plastic bags, laughing at me about how the Martinez family was suffocated with clear plastic bags along with being guillotined during the French Revolution. They gave the bags to all of the customers except me.

Four members of our family had vehicles that were rigged, to gas us with carbon dioxide fumes. There was a murder attempt on May 2, 2016, on Ursula Antonina Martinez when I was gassed for 40 minutes while I drove my vehicle for a visit to Ypsilanti, Michigan driving from Detroit, MI, while I was shot with electricity as I drove on I-94 Ford (Edsel) Freeway.

Ursula Antonina Martinez
May 2, 2019 UAM
May 16, 2019

7

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:** Martinez has endured an abduction that occurred more than 1000 years ago in which she was violated, gassed in a gas chamber. She has had her embryons and power stolen daily and sold all over the world. She and her kids have been suffocated with clear plastic bags, suffocated with Helium, carbon dioxide and carbon monoxide as well as other chemicals and fumes. Her daughters were electrocuted and gang raped while everyone knew and did nothing. The brutal, violent treatment from various Hain groups including the Kukuxklan and Satyr religious groups that torture women and children. We need aider to relocate to the Martinez properties in Europe, (We meaning) martinez biogikue.

Ursula Antonina Martine
May 16, 2019

Unknown individuals stole nuclear fluid out of my sister Estelle Martinez for 40 years on the Eastside of Detroit, killing her in 2015. UAM
How the individuals were allowed to do that for 40 years I don't know.
They did the same thing to Melinda Martinez 30 years on Floyd Street in Detroit, and have been doing the same to me, Ursula Antonia Martinez since 2016 and Jaren Martinez Since July 2016.
This is also occurring to Krishna and Rama Martinez for 1000+ years.

5-16-19    Ursula Antonia Martinez

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Martinez Biogikue want the untruths to stop that are instigating the 1000+ years of fetal surveillance and stealing powers and embryos from this family. I am asking for damages, for the torture of MUN and AP Martinez, the death of their daughter Estelle Martinez my sister, for the kidnapping, torture and disabling of Melinda & Ursula Martinez (Antonina), The safe return home for MUN & AP.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 16, 2019.

Signature of Plaintiff: Ursula Antonina Martinez
Printed Name of Plaintiff: Ursula Antonina Martinez
Melinda Daniella Martinez
Melinda Daniella Martinez